1  IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

2

3  UNITED STATES OF AMERICA      ) Greensboro, North Carolina
                                 ) September 18, 2020
4      vs.                       )
                                 )
5  ALEXANDER HILLEL TREISMAN,    )
                                 ) Case No. 1:20CR208-1
6      Defendant.                )
_____)

7

8  TRANSCRIPT OF INITIAL APPEARANCE
BEFORE THE HONORABLE JOE L. WEBSTER
9  UNITED STATES MAGISTRATE JUDGE

10  APPEARANCES:

11  For the Government:  ERIC IVERSON, AUSA
                        Office of the U.S. Attorney
12                      251 N. Main Street, Suite 726
                        Winston-Salem, North Carolina 27101

13

14

15

16

17

18

19

20

21

22
Court Reporter:    Joseph B. Armstrong, FCRR
23                 324 W. Market, Room 101
                   Greensboro, NC  27401
24
Proceedings transcribed from audio recording.
25

Initial Appearance - September 18, 2020

P R O C E E D I N G S

(Defendant present.)

     **MR. IVERSON:**  The next matter will be the United States versus Alexander Hillel Treisman, 1:20CR208.  This matter is on for an initial appearance. There is a motion for detention.

     **THE COURT:**  Alright.  Thank you, sir.  Good morning. is it -- Treisman?

     **THE DEFENDANT:**  It's Treisman, yeah.

     **THE COURT:**  I'm sorry for butchering your name.

     **THE DEFENDANT:**  That's all right.

     **THE COURT:**  All right.  You are here this morning because you had been arrested on a warrant issued in connection with a grand jury indictment that is dated June the 22nd, 2020. It indicates that on about May 28, 2020, in Cumberland County, which is in the Middle District of North Carolina -- it indicates that Alexander Hillel Treisman, also known as Alexander S. Theiss, did knowingly possess child pornography, as defined in Title 18, United States Code, Section 2252A(a), which had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, in violation of the federal law.

     With respect to this charge, sir, you have the right to remain silent.  You're not required to make any statements

Initial Appearance - September 18, 2020

or answer any questions that may be put to you, either in this courtroom or outside of the courtroom.  However, if you do choose to make any statements or answer any questions, you should understand that your statements may be used against you.

Do you understand that?

**THE DEFENDANT:**  I do.

**THE COURT:**  All right.  And you also have the right to have an attorney.  You can either hire your own or ask the court to appoint one for you.  It's my understanding that you have retained counsel, and is that the case?

**THE DEFENDANT:**  Yes, it is the case.

**THE COURT:**  And what is his or her name?

**THE DEFENDANT:**  Her name is Laura Cobb, C-O-B-B.

**THE COURT:**  Laura Cobb?

**THE DEFENDANT:**  Yes.

**THE COURT:**  And where is she located?

**THE DEFENDANT:**  She is in Concord in Cabarrus County.

**THE COURT:**  All right.  Thank you.

All right.  Well, do we have a -- I see in the file here, I do see her name, and apparently she's entered and made an appearance in this matter.

(Discussion between Court and deputy clerk.)

**THE COURT:**  Okay.  All right.  Thank you.

The Government is moving that you be detained in this matter; and as a result of that, you have the right to have a

Initial Appearance - September 18, 2020

detention hearing, which is a hearing to determine whether or
not you should be able to get out of jail pending trial, and so
I'm going to schedule that a week from today, September the
25th, at 10:30 a.m. here in Durham.

        **THE DEFENDANT:**  All right.

        **THE COURT:**  And you need to notify counsel or your
attorney of that date.  But it's a week from today,
September 25, at 10:30 a.m. here in Durham.

        **THE DEFENDANT:**  We'll be ready.

        **THE COURT:**  All right.  You'll also be arraigned on
that date.  And then, finally in cases where a defendant is
charged with a felony, I'm required to advise that if you're
not a United States citizen -- and what I'm about to tell you
right now is -- only applies if you're not a citizen -- you may
request an attorney for the Government or federal law
enforcement official notify a consular officer from your
country of nationality that you have been arrested.

        Do you have any questions for me, sir?

        **THE DEFENDANT:**  No, sir.

        **THE COURT:**  All right.  That will conclude your
initial appearance.

        (Proceedings concluded.)

Initial Appearance - September 18, 2020

```
 1                      * * * * *

 2                  C E R T I F I C A T E

 3       I certify that the foregoing is a correct transcript
         from the record of proceedings in the above-entitled
 4       matter.

 5

 6
                              Joseph B. Armstrong
 7       Date: 04/04/2022     Joseph B. Armstrong, FCRR
                              United States Court Reporter
 8                            324 W. Market Street
                              Greensboro, NC  27401
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Initial Appearance - September 18, 2020